IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER BRATVOLD,

    Plaintiff

v.

ALLENTOWN POLICE DEPARTMENT,

    Defendant

3:17-CV-2317
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _____ DAY OF OCTOBER, 2018, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Plaintiff's Complaint or in the Alternative Motion to Transfer Venue (Doc. 19) is **GRANTED AS FOLLOWS:** the above-captioned action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case in the United States District Court for the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge